IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2011 JUN 22 AM 9: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| IN RE: <br><br> VICKY RODRIGUEZ TORRES <br><br> Debtor(s) <br><br> VICKY RODRIGUEZ TORRES <br><br> Plaintiff <br><br> GOVERNMENT DEVELOPMENT BANK OF P.R., et <br><br> Defendant(s) | CASE NO. 09-10864 BKT <br> CHAPTER 7 <br> ADVERSARY NO. 10-00137 |

11-1597 (ccc)

**TRANSMITTAL OF RECORD ON APPEAL**

Appeal pursuant to 28 USC Section 158(a)(1) filed on October 28, 2010 (docket #123). Parties included in the appeal:

**Appellant:** Miguel Cuadros & William E. Meléndez Menéndez
**Attorney:** William E. Meléndez Menéndez (on their own name)
USDC-PR 226902)

**Appellee:** GOVERNMENT DEVELOPMENT BANK OF P.R, ENID LOPEZ LOPEZ, ENID LOPEZ LOPEZ
**Attorney:** Andres Gorbea del Valle
(USDC-PR 226313)

**ORDER APPEALED:**

ORDER: The Motion to vacate order filed on 4/11/2011 [Dkt. No. 86] is Denied. Because there was no request for a stay pending appeal granted, or even requested, the plaintiff's argument is without merit. (RE: related document(s) 86 ). Signed on 4/19/2011.(LOPEZ QUINONES, MARISOL) (Entered: 04/19/2011)

**DESCRIPTION OF MATTER APPEALED:**

The Court did not take into account that counsel was representing themselves as co-defendants;

The Court did not take into account any type of independent certification, or official billing records, or proof of

client disbursements, purportedly made by Defendants on account of this adversary proceeding;.

Counsel was acting without any legal authority under a validly executed and registered contract, as required by **2 L.P.R.A. § 97**.

The Court's *sua sponte* condemnation of Debtor's litigation behavior is untimely and was issued without any prior warning.

Court's order lends itself to confusion and the inefficiency resulting from having both the Bankruptcy court and the District Court adjudicating on the same issues, simultaneously.

The Courts' Order encroaches upon the jurisdiction of District Court, improperly influences the outcome of the appellate review, and impinges on matters which already are under the proper consideration of said Appellate Court.

The Court's Order offends Constitutional principles of Due Process of Law, guaranteed by the $V_{th}$ Amendment to the United States Constitution.

GDB did not meet the requirement that the request for sanctions be made in a separate paper;

GDB did not meet the twenty-one (21) day safe-harbor requirement of serving the paper pursuant to **Fed. R. Bankr. P. 7004** before filing it with the Court;

Fed. R. Bankr. P. 9011 provides for the reimbursement of only "reasonable expenses and attorney's fees incurred", which excludes any reimbursement of "unreasonable costs" as prayed for by GDB;

Alternatively, had the Court been acting on its own initiative, it failed to:
**a.** describe the specific violative conduct;
**b.** enter an order directing Plaintiff to show cause as to why she had not incurred in such violative conduct;

The sanction is excessive, and extends beyond the limitation that it be sufficient to deter repetition of the imputed conduct;

Fed. R. Bankr. P. 7062 required this Court to stay the effect of its order until fourteen (14) days had passed after its entry;

Plaintiff's filing of a notice of appeal was an act of jurisdictional significance which divested this Court of jurisdiction over the subject matter of the order on appeal, which included the imposition of fees and expenses.

| |
|---|
| Designation in Appeal filed on: 5/1/11 (#96); submitted on 6/6/11 |
| Counter-designation filed on: NONE FILED |
| Exhibits Designated and Included   X  YES       NO |
| If no, please explain: |
| Transcript Designated and Included    YES  X  NO |
| If no, please explain: no transcript requested |

The following documents are also included:

1. Case docket Summary
2. Amended Opinion and Order to correct Case Caption (#73)
3. Notice of appeal (#90) already included in designation of items
4. Election to appeal to District Court (#91)
5. Copy of BAP transferral to the US District Court, Copy of Appellees' statement and certified copy of the Bankruptcy appellate panel
6. Opposition to Appellants Designation of Record and Issues on Appeal
7. Order Granting Appellants opposition (#102)

Comments: Related appeal in district court Case No. 11-1301 (GAG).

I hereby certify that I have forwarded via mail a copy of the transmittal to the following parties:

William E. Meléndez                   Tel. (718) 725-7387
Menéndez                              We.Melendez@e-Lex.us
410 Park Avenue 15th Floor,
Suite # 1233                          **Andrés C. Gorbea Del Valle**
New York, New York 10022              PO Box 363128

Transmittal Appeal                                                                 Page - 4 -

San Juan, Puerto Rico                      Tel: (787) 765-4646; Fax:
00936-3128                                 (787) 765-4611
                                           agorbea@salawpr.com

San Juan, Puerto Rico, this 28th dayof DECEMBER 2010.

                              s/MARISOL LOPEZ
                              Deputy Clerk

DISTRICT CLERK- Please return second copy with portion below completed

Date: __6/22/11__           By: _____

USDC Appeal Number: __11-1597 (CCC)__